**Dismiss and Opinion Filed October 16, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-01023-CV**

**IN RE AHERN RENTALS, INC. TRADE SECRET LITIGATION (MDL)**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-04541-2020**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Goldstein, and Miskel
Opinion by Justice Miskel

Before the Court is appellee Equipmentshare.com Inc's motion to dismiss the appeal for want of jurisdiction. The motion is unopposed. We grant the motion without regard to its merits and dismiss the appeal. *See* TEX. R. APP. P. 42.1.

241023f.p05

/Emily Miskel/
EMILY MISKEL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN RE AHERN RENTALS, INC.
TRADE SECRET LITIGATION
(MDL)

No. 05-24-01023-CV

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-04541-
2020.
Opinion delivered by Justice Miskel,
Justices Partida-Kipness and
Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees EquipmentShare.com Inc, Chad Haag, Keith Menges, Justin Pearson, Kevin Davis, Christopher Holzhausen, Jared Dyer, Emilio Valdez, Michael Caudill, Scott Anderson, and Charles "Scotty" Trawick recover their costs, if any, of this appeal from appellant Ahern Rentals, Inc.

Judgment entered this 16th day of October, 2024.